# EXHIBIT A

# CLOSED END MOTOR VEHICLE LEASE
## (WITH ARBITRATION PROVISION)

Lease Date: 06/12/2020

| Lessor Name and Business Address | Lessee Name and Address | Co-Lessee Name and Address |
|---|---|---|
| SPORT MAZDA<br>9786 S ORANGE BLOSSOM TRA<br>ORLANDO, FL 32837 | ANDY R BENJAMIN<br><br>County: | N/A<br><br>County: |

| Lessee Billing Address (if different than above) | Vehicle Garaging Address (if different than above) |
|---|---|
| N/A | N/A<br>County:                    Principal Driver:<br>                                   (if business use) |

In this Lease, "you" and "your" mean the lessee and co-lessee. "We," "us" and "our" mean the Lessor named above, and any assignee of this Lease.

Lessor will assign this Lease and sell the vehicle to    TOYOTA LEASE TRUST
PO BOX 105386 ATLANTA GA 30348 _____ ("Assignee").

The terms, conditions, and disclosures in this Lease govern your Lease with us. Each of you who signs the Lease is jointly and severally liable to us for all Lease obligations. You are leasing the Vehicle described below (the "Vehicle") from us. You agree to pay all amounts due under the Lease and fulfill all your obligations under the Lease. In this Lease, "e" means an estimate. The Consumer Leasing Act Disclosures shown below are also terms of this Lease. You are leasing the Vehicle and have no ownership rights in the Vehicle unless you exercise your purchase option.

**Monthly Payment Lease:** If your payment schedule shows monthly scheduled payments in Item 3A, your Lease is a monthly payment lease.

**Single Payment Lease:** If your payment schedule shows a single scheduled payment in Item 3B, your Lease is a single payment lease.

## 1. The Vehicle

| New/Used | Year | Make | Model | Body Style | Vehicle ID # | Odometer | Primary Use<br>Personal, unless otherwise indicated below |
|---|---|---|---|---|---|---|---|
| NEW | 2020 | MAZDA | MAZDA6 | SD | ...0480 | 106 | ☐ business  ☐ agricultural |

Vehicle Prior Use (as checked):    ☐ Demonstrator    ☐ Factory Official    ☐ Rental    ☐ Taxi or Livery

## CONSUMER LEASING ACT DISCLOSURES

| 2. Amount Due at Lease Signing or Delivery | 3. Scheduled Payments | 4. Other Charges (not part of your scheduled payment) | 5. Total of Payments |
|---|---|---|---|
| (Itemized in Item 6)<br><br>$ 3762.00 | A. Your first monthly payment of $ 267.36 is due on 06/12/20 followed by 35 monthly payments of $ 267.36 due on the 4 of each month.<br>B. Your single payment of $ N/A is due on N/A.<br>C. The Total of your Scheduled Payments is $ 9624.96 | A. Disposition fee (if you do not purchase the Vehicle) $ 350.00<br>B. N/A $ N/A<br>C. N/A $ N/A<br>D. Total $ 350.00 | (The amount you will have paid by the end of the Lease)<br><br>$ 13469.60<br>(2 + 3C + 4D – 6A3 – 6A4 – 6A5) |

## 6. Itemization of Amount Due at Lease Signing or Delivery

**A. Amount Due at Lease Signing or Delivery:**

| | |
|---|---|
| 1. Capitalized cost reduction | $ 3199.51 |
| 2. Taxes on capitalized cost reduction | $ 191.97 |
| 3. First monthly payment | $ 267.36 |
| 4. Single scheduled payment | $ N/A |
| 5. Refundable security deposit | $ N/A |
| 6. Lease acquisition fee | $ N/A |
| 7. Title fees | $ N/A |
| 8. License and registration fees | $ 36.66 |
| 9. Sales/use tax | $ 36.66 |
| 10. Predelivery Service Fee** | $ N/A |
| 11. Electronic Registration Fee** | $ N/A |
| 12. FL FEES ** | $ 66.50 |
| 13. Total | $ 3762.00 |

**B. How the Amount Due at Lease Signing or Delivery will be paid:**

| | |
|---|---|
| 1. Net trade-in allowance | $ N/A |
| 2. Rebates and noncash credits | $ 3496.00 |
| 3. Amount to be paid in cash | $ 266.00 |
| 4. Other  N/A | $ N/A |
| 5. Total | $ 3762.00 |

**This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

## 7. Your scheduled payment is determined as shown below:

| | |
|---|---|
| A. **Gross capitalized cost.** The agreed upon value of the Vehicle ($ 22334.91 ) and any items you pay over the Lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance). | $ 24179.76 |
| B. **Capitalized cost reduction.** The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the gross capitalized cost. | – $ 3199.51 |
| C. **Adjusted capitalized cost.** The amount used in calculating your base scheduled payment. | = $ 20980.25 |
| D. **Residual value.** The value of the Vehicle at the end of the Lease used in calculating your base scheduled payment. | – $ 12862.20 |
| E. **Depreciation and any amortized amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease term. | = $ 8118.05 |
| F. **Rent charge.** The amount charged in addition to the depreciation and any amortized amounts. | + $ 877.27 |
| G. **Total of base scheduled payments.** The depreciation and any amortized amounts plus the rent charge. | = $ 8995.32 |
| H. **Lease payments.** The number of payments in your Lease. | ÷ 36 |
| I. **Base scheduled payment.** | = $ 249.87 |

K. Total Scheduled Payment.

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**8. Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 15,000 miles per year at the rate of $ _____ per mile.

**9. Purchase Option at End of Lease Term.** You have an option to purchase the Vehicle at the end of the Lease term for $ 12912.20 The purchase option price does not include official fees such as those for taxes, tags, licenses and registration.

**10. Other Important Terms.** See your Lease documents for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

## 11. The Trade-In Vehicle

| | | | |
|---|---|---|---|
| Year | 2017 | A. Gross Amount of Trade-In Allowance | $ 12901.31 |
| Make | MAZDA | B. Prior Credit or Lease Balance − $ 12901.31 |
| Model | MAZDA6 | C. Net Trade-In Allowance (if less than 0 then enter 0) = $ 0.00 |

## 12. Itemization of Gross Capitalized Cost

| | | | |
|---|---|---|---|
| A. Agreed upon value of the Vehicle: | $ 22334.91 | I. | $ N/A |
| Other amounts included in the gross capitalized cost: | | J. | $ 4.00 |
| B. Taxes | $ N/A | K. MVWEA | $ N/A |
| C. Title, license, and registration fees | $ 86.85 | Optional Insurance, Products, and Services: | |
| D. Lease acquisition fee | $ 650.00 | L. N/A | $ N/A |
| E. Prior credit or lease balance | $ N/A | M. N/A | $ N/A |
| F. Predelivery Service Fee** | $ 250.00 | N. N/A | $ N/A |
| G. Electronic Registration Fee** | $ 175.00 | O. N/A | $ N/A |
| H. DEALER FEE | ** $ 699.00 | P. N/A | $ N/A |
| | | Q. N/A | $ N/A |
| **This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale. | | R. Total Gross Capitalized Cost: | $ 24179.76 |

### IF YOU DO NOT MEET YOUR OBLIGATIONS UNDER THIS LEASE, WE MAY RETAKE THE VEHICLE.

**13. Official Fees and Taxes.** The total amount you will pay for official and license fees, registration, title and taxes over the term of your Lease, whether included in your scheduled monthly payments or assessed otherwise: $ 1170.12 (e). The actual total of fees and taxes may be different than this estimate based on changes in the tax or fee rates and the value of the Vehicle when the fee or tax is determined. **This estimate is based on your current address and may increase if you move or if tax rates change. You are responsible for paying any increases.**

**14. Late Payments.** For any payment not received within N/A days of the date it is due, you will pay a late charge of: _____.

_____.

You will not have to pay a late charge if the only amount that is late is a late charge you owed for an earlier late payment.

**15. Returned Payment and Unpaid Fines and Fees.** You will also pay a returned instrument charge of $ N/A for any check, instrument or electronic funds debit that is returned unpaid for any reason, if the law allows it. If you don't pay a fine, penalty, toll, or

parking ticket and we elect to pay it, you will reimburse us for the amount paid plus a $ 25.00 Administrative Fee per incident, if the law allows it.

**16. Warranties.** The Vehicle is subject to the manufacturer's standard warranty, unless this box is checked: ☐

☐ If this box is checked, the Vehicle is subject to the following express warranties:

_____ N/A _____

_____ N/A _____

_____ N/A _____

Warranty papers that are separate from this Lease state any coverage limits. The law gives you a warranty that the Vehicle conforms to the description in this Lease. **THERE ARE NO OTHER EXPRESS WARRANTIES ON THE VEHICLE.** Except as prohibited by law, the following sentence applies. **WE DISCLAIM ANY WARRANTIES IMPLIED BY LAW, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE.** If we make a written warranty covering the Vehicle or, within 90 days of the Lease Date we enter into a service contract covering the Vehicle, this disclaimer will not affect any implied warranties during the term of the warranty or service contract.

### 17. OPTIONAL INSURANCE, PRODUCTS, AND SERVICES

You are not required to buy any of the following optional insurance, products, or services to enter into the Lease. The term of any optional insurance, product, or service will be the Lease term, unless a different term is shown below. If you decide you want to purchase insurance or an optional product or service, review the terms of the contract, policy, or certificate that describes the insurance, product, or service before you initial below. A completed copy of the contract, policy, or certificate will be given to you as soon as practicable. **By initialing below, you indicate that you want to buy the optional insurance, products, or services indicated. If the cost shown below is not shown as part of the Itemization of Amount Due at Lease Signing or Delivery (Item 12), it has been added to the Gross Capitalized Cost (Item 12).**

| Optional Insurance, Product or Service | Term/Coverage | Price | Name of Provider | Approval |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | Lessee Initials _____ |
| N/A | N/A | N/A | N/A | Lessee Initials _____ |
| N/A | N/A | N/A | N/A | Lessee Initials _____ |
| N/A | N/A | N/A | N/A | Lessee Initials _____ |
| N/A | N/A | N/A | N/A | Lessee Initials _____ |
| N/A | N/A | N/A | N/A | Lessee Initials _____ |

### 18. TYPES AND AMOUNTS OF REQUIRED INSURANCE COVERAGE

You must maintain the following types and minimum amounts of insurance: $ 10,0__ per person for bodily injury; $ 20,0__ per accident for bodily injury; $ 10,000.0_ per accident for property damage. If the minimum amounts of insurance required by the state in which the vehicle is garaged are higher than amounts stated in this Lease, you agree to maintain insurance that meets the minimum state requirements. You agree to maintain collision, fire, theft, and comprehensive coverage with a maximum deductible of $ _____. See Item 23(a).

| 19. LAST MONTHLY PERIOD AND LEASE TERM | 20. HOW THIS LEASE CAN BE CHANGED |
|---|---|
| A. The start of the last monthly period for a monthly payment lease is the due date for the | This Lease contains the entire agreement between you and us relating to this Lease. Any change |

| 19. LAST MONTHLY PERIOD AND LEASE TERM | 20. HOW THIS LEASE CAN BE CHANGED |
|---|---|
| **A.** The start of the last monthly period is used to calculate any monthly lease tax on the last monthly payment. For a single payment lease, the start of the last monthly period is the date that is one month before the scheduled lease end. | This Lease cannot be changed after the date you sign it until you return it to us. Changes to the Lease must be in writing and both you and we must sign it. No oral changes are binding. |
| | Lessee Signs X ____N/A____ |
| **B.** The scheduled lease term is ___36___ months. | Co-Lessee Signs X ____N/A____ |

NOTICE: THE OTHER SIDE OF THIS LEASE CONTAINS IMPORTANT TERMS AND CONDITIONS, INCLUDING AN ARBITRATION PROVISION. THE TERMS AND CONDITIONS ON THE REVERSE SIDE ARE PART OF THIS LEASE.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision, Item 24, on the reverse side of this Lease, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Lessee Signs X ____N/A____          Co-Lessee Signs X ____N/A____

LESSOR'S RIGHT TO CANCEL - If Lessor is unable to assign this Lease within ____N/A____ days, the provisions of the Lessor's Right to Cancel section on the back of this contract will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Lessor a charge of $ _____ per day from the date of cancellation until the vehicle is returned or repossessed.

**THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.**

THE VALID AND COLLECTIBLE LIABILITY INSURANCE AND PERSONAL INJURY PROTECTION INSURANCE OF ANY AUTHORIZED RENTAL OR LEASING DRIVER IS PRIMARY FOR THE LIMITS OF LIABILITY AND PERSONAL INJURY PROTECTION COVERAGE REQUIRED BY SECTIONS 324.021(7) AND 627.736, FLORIDA STATUTES.

*Rent charge may be negotiable. Lessor may assign this Lease and retain a right to receive a portion of the rent charge.*

NOTICE TO THE LESSEE: DO NOT SIGN THIS LEASE BEFORE YOU READ IT OR IN BLANK. YOU ARE ENTITLED TO A COPY OF THIS LEASE WHEN YOU SIGN IT. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. YOU AGREE TO THE TERMS OF THIS LEASE. YOU ACKNOWLEDGE YOU HAVE EXAMINED THE VEHICLE, THAT THE VEHICLE IS EQUIPPED AS YOU WANT, AND THAT IT IS IN GOOD CONDITION. YOU ACCEPT THE VEHICLE FOR ALL PURPOSES OF THE LEASE. YOU UNDERSTAND THAT YOU HAVE NO OWNERSHIP RIGHTS IN THE VEHICLE UNLESS YOU EXERCISE YOUR OPTION TO PURCHASE THE VEHICLE. YOU CONFIRM THAT BEFORE YOU SIGNED THIS LEASE, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU READ BOTH SIDES OF THIS LEASE, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE (ITEM 24), BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED THIS LEASE.

### LESSEE SIGNATURES

| Lessee Signature | Date 6.12.2020 | Co-Lessee Signature | Date |
|---|---|---|---|
| Type/Print Lessee Name | | Type/Print Co-Lessee Name | |
| Commercial Lessee | Date | By | |
| Type/Print Name | Type/Print Title | | |

GUARANTY: To induce us to lease the Vehicle to Lessee, each person who signs as a Guarantor individually guarantees the payment of this Lease. If Lessee fails to pay any money owing on this Lease, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Lessee has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Lessee more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) accept less from the Lessee than the total amount owing; or (4) otherwise reach a settlement relating to this Lease or extend the Lease. Each Guarantor acknowledges receipt of a completed copy of this Lease and guaranty at the time of signing. To the extent permitted by applicable law, Guarantor waives notice of acceptance of this Guaranty, notice of the Lessee's non-payment, non-performance, and default, and notices of the amount owing at any time, and of any demands upon the Lessee.

Guarantor Signature X _____ Date _____ Type/Print Guarantor Name _____

Guarantor Address _____

### LESSOR'S ACCEPTANCE

The Lessor's authorized signature indicates the Lessor has accepted the terms, conditions and obligations of this Lease.

| Lessor Name: | By: _____ |
|---|---|
| SPORT MAZDA | Type/Print Name: SOSA_DOMINGUEZ,MYELINE |
| Assignee Name: TOYOTA LEASE TRUST | Type/Print Title: _____ |

FORM NO. TPL-UCL-FL (REV. 12/19)
©2019 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

DEALER COPY