# EXHIBIT B

# VEHICLE BUYER'S ORDER

Date: 06/12/2020

DEAL # 69257
CUST # 133480

| Buyer Name and Address | Co-Buyer Name and Address | Seller Name and Address |
|---|---|---|
| ANDY R BENJAMIN<br>County:<br>Email:<br>Phone:<br>Cell: | County:<br>Email:<br>Phone: | SPORT MAZDA<br>9786 S ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32837<br>Salesperson:<br>SOSA DOMINGUEZ, MYELINE |

**Agreement to Purchase.** Buyer and Co-Buyer agree to buy the vehicle described below ("Vehicle") from Seller for the amount and on the terms in this Vehicle Buyer's Order ("Agreement"). "Buyer" and "you" refer to the above Buyer and Co-Buyer, separately and together. "Dealer," "we," "us," and "our" refer to the above Seller. In this Agreement, (e) means an estimate.

## Vehicle Description

| Year: | Make: | Model: | Mileage: | Vehicle Identification Number: |
|---|---|---|---|---|
| 2020 | MAZDA | MAZDA6 | 106 | ████████0480 |

| New/Used/Demo/Executive: | Color: | Body: | Stock Number: |
|---|---|---|---|
| NEW | | SD | L1520480 |

**Insurance Information.** You have the following insurance on the Vehicle:
Insurance Company _____   Policy Number _____

## Additional Sales Terms

If the Vehicle is used, unless indicated below, we do not know and are not able to make any representations about the Vehicle's history.
The Vehicle has previously been titled, registered or used as a (check all that apply) ☐ taxicab ☐ police vehicle ☐ short-term lease vehicle.
The Vehicle is titled as (check all that apply) ☐ rebuilt or assembled from parts ☐ kit car ☐ glider kit ☐ replica ☐ flood vehicle ☐ nonconforming vehicle (manufacturer buy back) ☐ custom vehicle ☐ street rod vehicle.

You represent that you have thoroughly inspected the Vehicle. You approve and accept it. You had an opportunity to have the Vehicle inspected on Seller's premises (but not its service department) by a third party of your choice and at your expense. You are purchasing the Vehicle based on your inspection. You are not relying on any opinion, statement, or promise of the Seller or its employees that is not contained in the written agreements you are signing today.

**Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this Agreement, this Vehicle is

☐ THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER.
Buyer X _____
Co-Buyer X _____

| Itemization of Sale | |
|---|---|
| Vehicle Purchase Price | 22334.91 |
| **Predelivery Service Fees** | |
| Predelivery Service Charge** | N/A |
| Electronic Registration Filing Fee** | 175.00 |
| DEALER FEE | 699.00 |
| **Additional Items** | |
| HOLDBACK | |
| **Taxes** | |
| Sales Tax | 196.63 |
| County Tax | 32.00 |
| Other Tax (Describe) | N/A |
| **Official Fees** | |
| Title, Registration and/or License Fees | 66.85 |
| Lemon Law Fee (New Cars Only) | 4.00 |
| Lead-acid Battery Fee | 1.50 |
| New Tire Fee | 5.00 |
| PREDELIVERY SVC CHRG | 250.00 |
| LIEN FEE | 60.00 |
| **Total Cash Price** | 23121.89 |

sold "AS IS and WITH ALL FAULTS. The Seller makes no warranties, express or implied, on the Vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

This provision does not affect any warranties covering the Vehicle that the Vehicle Manufacturer may provide.

We have provided to you written warranty information if any applies to the sale of the Vehicle. This includes any warranty indicated on the Used Car Buyers Guide if the Vehicle is used. By initialing below, you acknowledge that you received the warranty information.

Buyer's Initials _____ Co-Buyer's Initials _____

| | |
|---|---|
| Trade-in Payoff Balance | 12901.31 |
| Net Trade-in (Trade-in Allowance less Trade-in Balance Owing line.) | N/A |
| Cash Down Payment | 266.00 |
| Deferred Down Payment | N/A |
| Rebate (Describe) | 3496.00 |
| Other Down Payment (Describe) _____ | N/A |
| Total Down Payment | 3762.00 |
| Trade-in Balance Owing (See Net Trade-in) | N/A |
| Balance Due on Delivery | 20359.38 |

**These charges represent costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.
Predelivery service fees are paid to the dealer (not a governmental fee). Charging predelivery service fees do not add or change any warranties provided on the Vehicle.

As a condition of the Vehicle sale, we agree to perform the following services: _____
You agree to schedule services by calling _____ within _____ days of this Agreement.

### Trade-in Vehicle 1
Year __2017__ Make __MAZDA__ Model __MAZDA6__
VIN __JM1GL1W57H1144166__ Mileage __31962__
Trade-in Allowance $ _____
Lienholder __CHASE FINANCIAL__ N/A
Payoff Amount __N/A__ Good Thru: _____
Lienholder __N/A__ N/A
Payoff Amount _____ Good Thru: _____

### Trade-in Vehicle 2
Year __N/A__ Make _____ Model __N/A__
VIN __N/A__ Mileage _____
Trade-in Allowance $ _____
Lienholder __N/A__ N/A
Payoff Amount __N/A__ Good Thru: _____
Lienholder __N/A__ N/A
Payoff Amount _____ Good Thru: _____

You assign to us all of your rights, title and interest in each Trade-In Vehicle. You represent that each Trade-In Vehicle was not previously used as a police vehicle, taxicab, or under a short-term lease. To the best of your knowledge, each vehicle you are trading in ☐ has ☐ has not been in any accident with damages exceeding $500.

Buyer Initials _____ Co-Buyer Initials _____

**SELLER'S RIGHT TO CANCEL.** If Buyer and Co-buyer sign here, the Seller's Right to Cancel section on the back applies. It gives us the right to cancel if we are unable to assign the Retail Installment Sale Contract within _____ days of the date you and we sign it. If you fail to return the Vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay us a charge of $ _____ per day from the date of cancellation until the Vehicle is returned or repossessed.

X _____
Buyer Signs

X _____
Co-Buyer Signs

**Trade-In Vehicle Payoff Agreement.** We relied on information from you and/or the lienholder or lessor of each Trade-In Vehicle to arrive at the above trade-in payoff amount(s). You understand that each amount quoted is an estimate. We agree to pay the above payoff amount(s) to each Trade-In Vehicle lienholder, lessor, or its designee. If the actual payoff amount is more than the above amount, you must pay us the additional amount on demand. If the actual payoff amount is less than the above amount, we will refund to you any overpayment we receive from the lienholder, lessor, or its designee.

If you finance the Vehicle's purchase, you may do so through us or any finance source you choose. Another finance source could provide you terms more favorable than we do. If you purchase credit insurance, GAP or other third party product, we may receive a portion of the charges or other compensation from the product's provider.

*The Annual Percentage Rate in a Retail Installment Sale Contract may be negotiable with us. We may assign any Retail Installment Sale Contract to a finance source and retain its right to receive a part of the finance charge imposed on that contract.*

Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

X _____
Buyer's Signature

X _____
Co-Buyer's Signature

This Vehicle Buyer's Order is the complete agreement between you and us relating to the sale of the Vehicle. There are no other written or oral agreements. Any change to this Agreement must be in writing and signed by you and us.

Buyer Signs: X _____  Co-Buyer Signs: X _____

This Agreement is not binding on us until it is signed by our authorized representative.

This Agreement includes the terms and provisions on the front and back side. It includes the Arbitration Provision on the reverse side. By signing, you represent that you read and agree to all the terms of this Agreement, including the Arbitration Provision. You also represent that you received a completed copy of this Agreement.

Buyer Signs: X _____  Co-Buyer Signs: X _____

Seller: X _____  By: _____  Its: _____

ILAW FORM NO. FADA-BOVIARB19 (Rev. 10/19)
© 2019 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.