UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:24-cv-773

ANDY R. BENJAMIN,
An Individual,

    Plaintiff,

v.

TRAIL IMPORTS I, LLC.,
d/b/a SPORT MAZDA,
A Florida Profit Corporation,

    Defendant.
_____/

### NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiff, ANDY R. BENJAMIN, by and through undersigned counsel, and pursuant to M.D. Fla. Local Rule 2.02, hereby notify the Court that Joshua Feygin, Esquire is Plaintiff's lead counsel.

Dated: April 25, 2024

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff, ANDY R. BENJAMIN*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 25, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

                                                        _____/s/_____
                                                      JOSHUA FEYGIN, ESQ.
                                                      FLORIDA BAR NO.: 124685