## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:24-CV-00773-RBD-EJK

Plaintiff: **Andy R. Benjamin,**
vs.
Defendant: **Trail Imports I, LLC d/b/a Sport Mazda,  a Forida corproaiton,**

For:
Joshua Feygin, Esquire
Joshua Feygin, PLLC
1930 Harrison Street
Suite 208F
Hollywood, FL 33020

|||||||||||||||||||||||||||||||||
HCT2024001669

Received by Serving Justice, LLC on the 26th day of April, 2024 at 4:23 pm to be served on **Trail Imports I, LLC d/b/a Sport Mazda c/o Registered Agent: Corporation Company of Orlando, 300 South Orange Avenue, Suite 1600 (JGH), Orlando, FL 32801**.

I, DYLAN  STEELE, do hereby affirm that on the **1st day of May, 2024** at **3:16 pm, I:**

served a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **Summons, Complaint with Exhibits, Notice of Designation of Lead Counsel, Notice of Pendency of Other Actions and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Michael Gore** as **Vice President of Registered Agent** for **Trail Imports I, LLC d/b/a Sport Mazda**, at the address of: **300 SOUTH ORANGE AVENUE, SUITE 1600 (JGH), ORLANDO, FL 32801**, and informed said person of the contents therein, per Florida Statute 48.062(1)

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 225, Hair: White, Glasses: Y

I do hereby acknowledge that I am a Sheriff Appointed Process Server, in the county in which service was effected, in accordance with Florida Statutes, I am over the age of 18, and have no interest in the above action, pursuant to F.S. 92.525(2). Under penalties of perjury, I declare that I have read the forgoing affidavit and that the facts stated in it are true.  No Notary required Pursuant to F.S. 92.525 (2)

_____

**DYLAN  STEELE**
410

**Serving Justice, LLC**
**PO Box 1670**
**Fort Myers, FL 33902**
**(239) 313-6740**

Our Job Serial Number: HCT-2024001669
Ref: Benjamin v Trail Imports

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| ANDY R. BENJAMIN,<br>An Individual, | ) ) ) ) | Date: 5/1/24<br>Time: 3:16pm<br>Initials: DS<br>ID #: 410 |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 6:24-cv-00773-RBD-EJK |
| TRAIL IMPORTS I, LLC.,<br>d/b/a SPORT MAZDA,<br>A Florida Corporation. | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TRAIL IMPORTS I, LLC., d/b/a SPORT MAZDA
C/O REGISTERED AGENT;
CORPORATION COMPANY OF ORLANDO
300 South orange Avenue
Suite 1600 (JGH)
Orlando, FL 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SUE YOUR DEALER - A LAW FIRM
1930 Harrison Street
Suite 208 F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JordanKeeler

Date:   April 26, 2024

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:24-cv-00773-RBD-EJK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc: