IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.    6:24-cv-00773-RBD-EJK

ANDY R. BENJAMIN,

        Plaintiff,

vs.

TRAIL IMPORTS I, LLC, d/b/a
SPORT MAZDA,

        Defendant.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Defendant, TRAIL IMPORTS I, LLC, d/b/a SPORT MAZDA, by and through

undersigned counsel and pursuant to Middle District of Florida Local Rule 2.02(a), hereby

notifies the Court and all counsel of record of DOUGLAS J. LaPOINTE's designation as

lead counsel for Defendant in this action, and requests to be served with all pleadings and

other documents in this matter.

Douglas J. LaPointe is registered to receive notices at the following:

ServiceDJL@cameronhodges.com

Dated: May 21 , 2024

Respectfully submitted,

    */s/ Douglas J. LaPointe*
DOUGLAS J. LaPOINTE, ESQ.
Florida Bar No.: 0099133

{00852862.DOCX}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of an electronic filing to the following: Joshua Feygin, Esq. of Sue Your Dealer – A Law Firm at Josh@sueyourdealer.com; and Darren R. Newhart, Esq. and Sarah Cibula Feller, Esq. of Newhart Legal, P.A. at Darren@NewhartLegal.com and Sarah@NewhartLegal.com.

CAMERON, HODGES, COLEMAN,
LaPOINTE & WRIGHT, P.A.

*/s/ Douglas J. LaPointe*
DOUGLAS J. LaPOINTE, ESQ.
Florida Bar No.: 0991333
7680 Universal Boulevard, Suite 440
Orlando, Florida 32819
(407) 841-5030        md
(407) 841-1727 facsimile
ServiceDJL@cameronhodges.com
Attorneys for Defendant