IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:24-cv-00773-RBD-EJK

ANDY R. BENJAMIN,

        Plaintiff,

vs.

TRAIL IMPORTS I, LLC, d/b/a
SPORT MAZDA,

        Defendant.
_____/

## UNOPPOSED MOTION FOR ADDITIONAL TIME/INCORPORATED MEMORANDUM OF LAW

COMES NOW Defendant, TRAIL IMPORTS I, LLC, d/b/a SPORT MAZDA, by and through its undersigned counsel and hereby files this its Unopposed Motion for Additional Time to respond to Plaintiff's Complaint, and as grounds therefore would set for the following.

1. This lawsuit arises out of a transaction dispute between ANDY R. BENJAMIN and TRAIL IMPORTS I, LLC, d/b/a SPORT MAZDA.

2. Plaintiff filed a two-count Complaint on April 25, 2024, alleging violation of the Consumer Leasing Act ("CLA") and the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA").

{00853017.DOCX}

3.       Defendant was served with process on or about May 1, 2024, making its response to the Complaint due on or before May 22, 2024.

4.       Undersigned counsel has just received referral of this matter and requires additional time to investigate Plaintiff's claims and explore with opposing counsel the possibility of early resolution. Defendant requires additional time to file a response to the Complaint until June 10, 2024.

## GOOD FAITH CERTIFICATE

Pursuant to Local Rule 3.01(g) of the Middle District Rules of Court, undersigned counsel for the Defendant hereby represents and certifies to this court that he has spoken with the office of Plaintiff's attorney which has communicated that Plaintiff has no objection and does not oppose an extension of time for Defendant to file its Answer up to and including June 10, 2024.

## MEMORANDUM OF LAW

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, this Court has authority to grant extensions of deadlines. Rule 1 of the Federal Rules and Local Rule 1.01 both mandate that these Rules be interpreted in the interest of justice. Where, as here, there will be no prejudice or delay to either party by this brief extension, the requested extension is certainly within the interests of justice. The undersigned counsel for the Defendant has just received this matter from his client

{00853017.DOCX}

and requires the additional time requested to properly investigate and formulate a Response, Motion and/or Answer to the Complaint as stated.

WHEREFORE, and for all the foregoing reasons, Defendant, TRAIL IMPORTS I, LLC, d/b/a SPORT MAZDA, respectfully requests this Honorable Court grant it's Unopposed Motion for Additional of Time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of an electronic filing to the following: Joshua Feygin, Esq. of Sue Your Dealer – A Law Firm at Josh@sueyourdealer.com; and Darren R. Newhart, Esq. and Sarah Cibula Feller, Esq. of Newhart Legal, P.A. at Darren@NewhartLegal.com and Sarah@NewhartLegal.com.

CAMERON, HODGES, COLEMAN,
LaPOINTE & WRIGHT, P.A.

_/s/ Douglas J. LaPointe_
DOUGLAS J. LaPOINTE, ESQ.
Florida Bar No.: 0991333
7680 Universal Boulevard, Suite 440
Orlando, Florida 32819
(407) 841-5030    md
(407) 841-1727 facsimile
ServiceDJL@cameronhodges.com
Attorneys for Defendant

{00853017.DOCX}