UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDY R. BENJAMIN,
An individual,

                      CASE NO.: 6:24-cv-773

        Plaintiff,

vs.

TRAIL IMPORTS I, LLC.,
d/b/a SPORT MAZDA,
A Florida Profit Corporation,

        Defendant.
_____/

### SHUTTS & BOWEN LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT TRAIL IMPORTS I, LLC., d/b/a SPORT MAZDA

COMES NOW Shutts & Bowen LLP ("Shutts & Bowen"), and pursuant to Rule 2.02(c) of the Local Rules of the United States District Court for the Middle District of Florida, respectfully moves for leave to withdraw the undersigned, Brett R. Renton, as counsel of record for Defendant Trail Imports I, LLC., d/b/a Sport Mazda ("Sport Mazda"), and as grounds therefor states the following:

1. On April 24, 2024, Plaintiff Andy R. Benjamin ("Plaintiff") commenced this action against Sport Mazda. (Dkt. 1).

2. Sport Mazda had retained Shutts & Bowen to represent it.

1

3. Unbeknownst to Shutts & Bowen, Douglas John LaPointe ("Mr. LaPointe") noticed his appearance as lead counsel in this action on May 21, 2024. (Dkt. 14).

4. Further unknown to Shutts & Bowen, Mr. LaPointe entered an Unopposed Motion for Extension of Time to respond to the Complaint on May 22, 2024 (Dkt. 16), which the Court granted (Dkt.17).

5. Brett R. Renton filed a motion to dismiss the Complaint on May 22, 2024 (Dkt. 18), which was subsequently denied without prejudice (Dkt.19).

6. Now, having recognized the dual lead counsel, the undersigned, Brett R. Renton, obtained client consent to withdraw as counsel pursuant to Rule 2.02(c)(1) of the Local Rules of the United States District Court for the Middle District of Florida.

7. No prejudice will result from this withdrawal to any party as the Defendant is already represented.

**WHEREFORE**, Shutts & Bowen respectfully requests that this motion to withdraw as counsel be granted, and the Court enter an Order permitting Shutts & Bowen leave to withdraw as counsel of record for Sport Mazda, relieving it of all further responsibility and obligation with respect to the continued representation of Sport Mazda herein; and for such other and further relief as this Court deems just and proper.

2

Dated: May 23, 2024.

                    Respectfully submitted,

                    s/ *Brett R. Renton*
                    BRETT R. RENTON, ESQ.
                    Lead Counsel
                    Florida Bar No.: 41994
                    brenton@shutts.com
                    SHUTTS & BOWEN LLP
                    300 S. Orange Avenue, Suite 1600
                    Orlando, Florida 32801
                    Telephone:  (407) 423-3200
                    Facsimile:   (407) 425-8316
                    *Attorney for Defendant*

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Sport Mazda, Brett R. Renton, conferred with counsel for Plaintiff in good faith regarding the issues raised in the above motion via email on May 23, 2024 and the Plaintiff has no objection.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2024, the foregoing was served via email to: Joshua Feygin, Esq. (josh@sueyourdealer.com); Sarah Cibula Feller, Esq. (sarah@newhartlegal.com; Darren R. Newhart, Esq. darren@newhartlegal.com); Douglas John LaPoint, Esq. (serviceDJL@maeronhodges.com; mdabreu@cameronhodges.com.

                    /s/ *Brett R. Renton*
                    BRETT R. RENTON, ESQ.

ORLDOCS 21456337 3 12808.0033