UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDY R. BENJAMIN,

    Plaintiff,

v.                                                Case No:   6:24-cv-773-RBD-EJK

TRAIL IMPORTS I, LLC,

    Defendant.
_____

## ORDER

On April 29, 2024, the Court issued its standard Initial Order. (Doc. 8). Among other things, the Order directed each party to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days of the date of the order or the date of first appearance. (Doc. 8, p. 1-2.) The Defendant has yet to submit the filing, even though the deadline has passed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **June 28, 2024,** the Defendant is **DIRECTED** to file a Certificate of Interested Persons and Corporate Disclosure Statement to comply with the Court's Order (Doc. 8).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 17, 2024.



ROY B. DALTON, JR.
United States District Judge