IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.   6:24-cv-00773-RBD-EJK

ANDY R. BENJAMIN,

        Plaintiff,

vs.

TRAIL IMPORTS I, LLC, d/b/a
SPORT MAZDA,

        Defendant.
_____/

**DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, TRAIL IMPORTS I, LLC, d/b/a SPORT MAZDA makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation.

   **Defendant, TRAIL IMPORTS I, LLC, d/b/a SPORT MAZDA, is a nongovernmental corporate party, 85% of which is owned by the Mealy Family Limited Partnership ("MFLP"); 15% ownership by Jay Mealy. There are no publicly held corporations owning any stock in Defendant's company.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor. [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004).  Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through

{00856256.DOCX}

       **Not applicable.**

3. Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a. **Defendant, Trail Imports I, LLC, d/b/a Sport Mazda**
    b. **Mealy Family Limited Partnership ("MFLP")**
    c. **Jay Mealy**
    d. **Douglas J. LaPointe, Esq., Counsel for Defendant**
    e. **Cameron, Hodges, Coleman, LaPointe & Wright, P.A., Defendant's Law Firm**
    f. **Sentry Select Insurance Company**
    g. **Andy R. Benjamin, Plaintiff**
    h. **Joshua Feygin, Esq., Counsel for Plaintiff**
    i. **Darren R. Newhart, Esq., Counsel for Plaintiff**
    j. **Sarah Cibula Feller, Esq., Counsel for Plaintiff**
    k. **Sue Your Dealer – A Law Firm, Plaintiff's Law Firm**
    l. **Newhart Legal, P.A. – Plaintiff's Law Firm**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    a. **None known of by this Defendant.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    a. **None other than those identified herein above.**

6. Identify each person arguably eligible for restitution:

    a. **None.**

---

however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

I certify that I am unaware of any actual or potential conflict of interest affecting the district judge and magistrate judge assigned to this case, and I will immediately notify the Judge in writing within fourteen days after I know of a conflict.

Dated this 26th day of June, 2024.

Respectfully submitted,

  /s/ Douglas J. LaPointe
DOUGLAS J. LaPOINTE, ESQ.
Florida Bar No.: 0991333

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of an electronic filing to the following: Joshua Feygin, Esq. of Sue Your Dealer – A Law Firm at Josh@sueyourdealer.com; and Darren R. Newhart, Esq. and Sarah Cibula Feller, Esq. of Newhart Legal, P.A. at Darren@NewhartLegal.com and Sarah@NewhartLegal.com.

CAMERON, HODGES, COLEMAN,
LaPOINTE & WRIGHT, P.A.

  /s/ Douglas J. LaPointe
DOUGLAS J. LaPOINTE, ESQ.
Florida Bar No.: 0991333
7680 Universal Boulevard, Suite 440
Orlando, Florida 32819
(407) 841-5030       ca
(407) 841-1727 facsimile
ServiceDJL@cameronhodges.com
Attorneys for Defendant

{00856256.DOCX}