IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.   6:24-cv-00773-RBD-EJK

ANDY R. BENJAMIN,

        Plaintiff,

vs.

TRAIL IMPORTS I, LLC, d/b/a
SPORT MAZDA,

        Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

**NONE.**

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 27 day of June, 2024.

                                                  Respectfully submitted,

                                                  */s/ Douglas J. LaPointe*
                                                  DOUGLAS J. LaPOINTE, ESQ.
                                                  Florida Bar No.: 0099133

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of an electronic filing to the following: Joshua Feygin, Esq. of Sue Your Dealer – A Law Firm at Josh@sueyourdealer.com; and Darren R. Newhart, Esq. and Sarah Cibula Feller, Esq. of Newhart Legal, P.A. at Darren@NewhartLegal.com and Sarah@NewhartLegal.com.

CAMERON, HODGES, COLEMAN, LaPOINTE & WRIGHT, P.A.

 /s/ Douglas J. LaPointe
DOUGLAS J. LaPOINTE, ESQ.
Florida Bar No.: 0991333
7680 Universal Boulevard, Suite 440
Orlando, Florida 32819
(407) 841-5030     ca
(407) 841-1727 facsimile
ServiceDJL@cameronhodges.com
Attorneys for Defendant

{00856257.DOCX}