UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:24-cv-773

ANDY R. BENJAMIN,
An Individual,

    Plaintiff,

v.

TRAIL IMPORTS I, LLC.,
d/b/a SPORT MAZDA,
A Florida Profit Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

In accordance with M.D. Fla. L.R. 3.09 and Fed. R. Civ. P. 41, the Parties to this action, through undersigned counsel, hereby notify the Court that a settlement in principle has been reached in this action. The Parties ask the Court to retain jurisdiction while the parties negotiate the terms of the settlement agreement and effectuate the terms of the same.

The Parties anticipate filing a stipulation for dismissal with prejudice within THIRTY (30) days.

Dated: July 3, 2024

Respectfully submitted,

/s/ Joshua Feygin

Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
Email: Josh@JFeyginesq.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison Street, Suite 208
Hollywood, FL 33020
Telephone: (954) 228-5671
Facsimile: (954) 697-0357
*Counsel for Plaintiff*

/s/ Douglas J. LaPointe
**Cameron, Hodges, Coleman, LaPointe, & Wright, P.A.**
Douglas J. LaPointe, Esq.
FL Bar No. 991333
7680 Universal Blvd
Ste 440
Orlando, FL 32819-8915
Telephone: 407-841-5030
Email: servicedjl@cameronhodges.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on July 3, 2024, via the Clerck of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

/s/ Joshua Feygin
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685

## SERVICE LIST

All Counsel of Record.